IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY CRAIG MANN,           )
                              )
           Plaintiff,         )
                              )
v.                            )   Case No. 16-2196-CM
                              )
CON-WAY FREIGHT, INC.,        )
                              )
           Defendant.         )

SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 88) to amend the scheduling order (ECF Nos. 10, 39). For good cause shown, the motion is granted and the scheduling order is amended as follows:[1]

a. All discovery shall be commenced or served in time to be completed by **August 1, 2017.**

b. The final pretrial conference is rescheduled from June 1, 2017, to **August 17, 2017, at 1:00 p.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **August 8, 2017**, defendant shall submit the parties' proposed pretrial order.

---

[1] To accommodate the court's schedule, the extensions granted are not quite as long as requested by the parties.

O:\SchedulingOrders\16-2196-CM-2ASO-88.wpd

c. The deadline for potentially dispositive motions is **September 7, 2017.**

d. After consulting with the presiding judge, the trial is re-set on a trial calendar that will begin on **April 2, 2018,** at 9:00 a.m.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 11, 2017, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge