IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY MANN, DANA MOYE, and KATINA MCGEE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 16-2196-CM |
| XPO LOGISTICS FREIGHT, INC., f/k/a CON-WAY TRANSPORTATION SERVICES, INC., f/k/a CON-WAY FREIGHT INC., | ) ) ) ) ) ) |
| Defendant. | ) |

## THIRD AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 139) to amend the scheduling order (ECF Nos. 10, 39, & 89). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. Defendant's supplemental discovery responses shall be due **August 15, 2017**.

b. All discovery shall be commenced or served in time to be completed by **October 23, 2017.**

c. The final pretrial conference is rescheduled from August 17, 2017, to **November 9, 2017**, at 9:00 a.m., in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **October 30, 2017**, defendant shall submit the parties' proposed pretrial order.

O:\SchedulingOrders\16-2196-CM-3ASO-139.wpd

d. The deadline for potentially dispositive motions is **November 27, 2017.**

e. After consulting with the presiding judge, the trial is re-set on a trial calendar that will begin on **August 6, 2018,** at 9:00 a.m.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this third amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 31, 2017, at Kansas City, Kansas.

s/ James P. O'Hara<br>
James P. O'Hara<br>
U.S. Magistrate Judge