### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY MANN, DANA MOYE, )<br>and KATINA McGEE, )<br>)<br>      Plaintiffs, )<br>vs. )<br>)<br>XPO LOGISTICS FREIGHT, INC., )<br>f/k/a CON-WAY TRANSPORTATION )<br>SERVICES, INC. )<br>f/k/a CON-WAY FREIGHT INC. )<br>)<br>      Defendant. ) | Case No. 2:16-cv-02196-CM-JPO |

### PLAINTIFFS PROPOSED DISCOVERY PLAN

COME NOW, Plaintiffs Anthony Mann, Katina McGee, and Dana Moye, and respectfully submits their proposed discovery plan to be considered by this Court.

1. Plaintiffs' discovery shall be commenced or served in time to be completed by January 22, 2018.

2. Witness and exhibits lists shall be served on January 12, 2018.

3. The final pretrial conference is rescheduled from November 9, 2017, to February 9, 2018, at 9:00 a.m., in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than February 1, 2017, defendant shall submit the parties' proposed pretrial order.

4. The deadline for potentially dispositive motions is February 27, 2018.

5. After consulting with the presiding judge, the trial is re-set on a trial calendar that will begin on November 6, 2018, at 9:00 a.m.

Submitted by:                                                  **THE LAKE FIRM, L.L.C.**

                                                                                      **/S/ Stacy Lake**

Stacy Lake KS Bar No. 27020  
817 E. 31st Street  
Kansas City, MO 64109  
(816) 600-8000  
(816) 600-8918 FAX  
StacyLake808@gmail.com  
**ATTORNEY FOR PLAINTIFFS**