IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY MANN, DANA MOYE, and KATINA MCGEE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 16-2196-CM ) |
| XPO LOGISTICS FREIGHT, INC., f/k/a CON-WAY TRANSPORTATION SERVICES, INC., f/k/a CON-WAY FREIGHT INC., | ) ) ) ) ) ) |
| Defendant. | ) |

**FIFTH AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 168) to amend the scheduling order (ECF Nos. 10, 39, 89, 140, & 161). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. All discovery shall be commenced or served in time to be completed by **February 23, 2018.**

b. The final pretrial conference is rescheduled from February 7, 2018, to **March 16, 2018, at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned will conduct the conference. No later than **March 5, 2018**, defendant shall submit the parties' proposed pretrial order.

    c.    The deadline for potentially dispositive motions is **April 2, 2018.**

All other provisions of the original and amended scheduling orders, including the November 5, 2018 trial setting, shall remain in effect.

Dated January 8, 2018, at Kansas City, Kansas.

                                  s/ James P. O'Hara  
                                  James P. O'Hara  
                                  U.S. Magistrate Judge